```
                   IN THE UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TEXAS/WACO DIVISION

IN RE: PETER GEORGE JOKOLA and THERESA ANN JOKOLA          CASE No.
       382 LCR 374
                                                           0-26-1907 LK
       GROESBECK TX                    76642-0000

                          FINAL REPORT AND ACCOUNT
                                                           SS#1 - 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
                                                           SS#2 - 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

This Case was              The Plan was              The Case was
commenced on  Aug 30, 2002 confirmed on Jul 15, 2003 concluded on Oct  8, 2003

THIS CASE IS DISMISSED AFTER CONFIRMATION             .
      Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.


RECEIPTS: Amount paid to the Trustee by or for the Debtor for  the  benefit of
          creditors.                                                 $    5862.35
```

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| A T & T | NOT FILED | .00 | .00 | .00 | .00 |
| AGRI LAND | DIR.- PAY | 8815.60 | .00 | .00 | .00 |
| ALLIED INTERSTATE | NOT FILED | .00 | .00 | .00 | .00 |
| ALLTEL | NOT FILED | .00 | .00 | .00 | .00 |
| CB HV | NOT FILED | .00 | .00 | .00 | .00 |
| CELLULAR ONE | NOT FILED | .00 | .00 | .00 | .00 |
| COLLECTION COMPANY | NOT FILED | .00 | .00 | .00 | .00 |
| CREDIT BUREAU COLLECTION | NOT FILED | .00 | .00 | .00 | .00 |
| DANNY RICHARDSON | NOT FILED | .00 | .00 | .00 | .00 |
| DIRECT TV | NOT FILED | .00 | .00 | .00 | .00 |
| FINANCIAL CONTROL SERVICES | NOT FILED | .00 | .00 | .00 | .00 |
| FIRST NATIONAL BANK MEXIA | NOT FILED | .00 | .00 | .00 | .00 |
| FIRST NATIONAL BANK OF MEXIA | DIR.- PAY | .00 | .00 | .00 | .00 |
| FIRST NATIONAL BANK OF MEXIA | SECURED | 14500.00 | 1927.55 | .00 | 12871.04 |
| FIRST NATIONAL BANK OF MEXIA | SECURED | 8825.00 | 1288.31 | .00 | 7715.70 |
| FIRST NATIONAL BANK OF MEXIA | DIR.- PAY | 13169.99 | .00 | .00 | .00 |
| FIRST NATIONAL BANK OF MEXIA | DIR.- PAY | 15963.92 | .00 | .00 | .00 |
| FIRST NATIONAL BANK OF MEXIA | ARREARAGE | 7946.06 | 1075.52 | .00 | 7033.71 |
| FIRST NATIONAL BANK OF MEXIA | ARREARAGE | 2468.48 | 33.99 | .00 | 2434.49 |
| FIRST NATIONAL BANK OF MEXIA | UNSECURED | 1869.35 | .00 | .00 | 1869.35 |
| FIRST NATIONAL BANK OF MEXIA | UNSECURED | 6813.47 | .00 | .00 | 6813.47 |
| FROST ARNETT CO | NOT FILED | .00 | .00 | .00 | .00 |
| G S MACK | NOT FILED | .00 | .00 | .00 | .00 |
| GROESBECK ISD | SECURED | 1009.67 | .00 | .00 | 1009.67 |
| HALEY & DAVIS PC | NOT FILED | .00 | .00 | .00 | .00 |
| LF MANUFACTURING | NOT FILED | .00 | .00 | .00 | .00 |
| LIMESTONE COUNTY TAX A/C | SECURED | 738.72 | 53.02 | .00 | 706.28 |
| LIMESTONE COUNTY TAX A/C | NOT FILED | .00 | .00 | .00 | .00 |
| LINEBARGER HEARD ET AL | NOT FILED | .00 | .00 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE

IN RE: PETER GEORGE JOKOLA and THERESA ANN JOKOLA            CASE No.0-26-1907 LK

```
-------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS      CLASS       AMOUNT      AMOUNT PAID      BALANCE
         CREDITOR'S NAME                   ALLOWED   PRINCIPAL  INTEREST    DUE
-------------------------------------------------------------------------------
LORI ROBERTSON                  NOT FILED      .00       .00       .00       .00
MCCREARY VESELKA BRAGG ALLEN    NOT FILED      .00       .00       .00       .00
MEDICAL REVENUE SERVICE         NOT FILED      .00       .00       .00       .00
MONTEZ WILLIAMS & BAIRD         NOT FILED      .00       .00       .00       .00
PARKVIEW REGIONAL HOSPITAL      NOT FILED      .00       .00       .00       .00
PARKVIEW REGIONAL HOSPITAL      NOT FILED      .00       .00       .00       .00
PARKVIEW REGIONAL HOSPITAL      NOT FILED      .00       .00       .00       .00
PARKVIEW REGIONAL HOSPITAL      NOT FILED      .00       .00       .00       .00
PATRICK H SIMMONS               NOT FILED      .00       .00       .00       .00
RCO                             NOT FILED      .00       .00       .00       .00
REED & REED                     NOT FILED      .00       .00       .00       .00
RITCHESON DOLLAHITE & LAUFFE    NOT FILED      .00       .00       .00       .00
RITCHESON DOLLAHITE & LAUFFE    NOT FILED      .00       .00       .00       .00
SHEEHY LOVELACE & MAYFIELD      UNSECURED   177.00       .00       .00    177.00
SPRINT                          NOT FILED      .00       .00       .00       .00
STAR TEX PROPANE CO             NOT FILED      .00       .00       .00       .00
TEXAS GUARANTEED STUDENT LOA    UNSECURED  8311.29       .00       .00   8311.29
ULTRAFAB INC                    NOT FILED      .00       .00       .00       .00
WASH & THOMAS                   NOT FILED      .00       .00       .00       .00
```

SUMMARY OF CLAIMS ALLOWED AND PAID
```
-------------------------------------------------------------------------------
         SECURED    PRIORITY    GENERAL     LATE     SPECIAL    TOTAL
-----------------------------------------------------------------------TOTAL PAID
AMT ALL. 64621.84        .00   25986.71                 .00   94608.55 PRINCIPAL
PRIN PD   4378.39        .00        .00                 .00    4378.39 AND INT.
INT PAID      .00        .00        .00                 .00            4378.39
-------------------------------------------------------------------------------
```

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
```
          DEBTOR'S ATTORNEY             FEE ALLOWED      FEE PAID
ERIN B SHANK PC                            4000.00         909.43
-------------------------------------------------------------------------------
```
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

```
FILING FEE    ADDITIONAL CHARGES          TRUSTEE           OTHER
              ----------------------   -------------------
& DEPOSIT     1% OF     .25 EA CLAIM   EXP. & COMPENSATION  COST
              RECEIPTS  OVER 20             FUND
----------    --------- ------------   -------------------  ---------
     .00                                287.27/    287.26       .00   574.53
```

PAGE 2 - CONTINUED ON NEXT PAGE

IN RE: PETER GEORGE JOKOLA and THERESA ANN JOKOLA        CASE No.0-26-1907 LK

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

```
                                        /s/ Ray Hendren
                                        _____
                                        RAY HENDREN CH13 TRUSTEE
                                        101 E 9TH STREET
                                        SUITE 1200
                                        AUSTIN TX                 78701-2402
CC: US TRUSTEE
    903 SAN JACINTO STE 230

    AUSTIN TX                   78701-0000
```