IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PETER GEORGE JOKOLA | § | |
| THERESA ANN JOKOLA | § | CASE NO: 02-61907 |
| | § | |
| DEBTORS | § | CHAPTER 13 |

## MOTION TO REOPEN CLOSED CASE

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.

A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Douglas Leland Barr, party in interest in the above-captioned Chapter 13 proceeding, and files this his Motion to Reopen Closed Case, and in support thereof would respectfully show as follows:

1. This Motion is brought pursuant to 11 U.S.C. § 350(b). The Court has jurisdiction of this matter under 28 U. S. C. §§ 1334(a) and 157(a). This is a core proceeding pursuant to 20 U.S.C. § 157 (b)(2)(A) and (O).

2. On August 30, 2002, the Debtors, Peter George Jokola and Theresa Ann Jokola, filed for relief under Chapter 13. The case was assigned number 02-61907 and Ray Hendren was appointed Chapter 13 Trustee.

3. The Debtors' plan was confirmed on July 16, 2003. The case was subsequently dismissed on October 31, 2003 for failure of the Debtors to make plan payments.

4.      At the time a case is filed under Chapter 13, all assets that belong to the Debtors become property of the estate. 11 U.S.C.§ § 541 and 1306.

5.      In or about October 2002, while this case was pending before this Court, the Debtors entered into an agreement with Mr. Barr to mine limestone from a quarry north of Groesbeck, Texas. Pursuant to the agreement, the Debtors were to be paid for each ton of limestone removed and sold.

7.      On November 13, 2002, the Debtors filed amended Schedules B & C; however, they failed to disclose their agreement with Mr. Barr as an asset, or to disclose the payments to be made under the agreement. Further, though entering into an agreement to sell property of the estate, they never sought the approval of the Court or the Trustee.

8.      In or about October 2007, the Debtors filed suit against Douglas Lee Barr, individually and d//b/a Texas Rock and d/b/a CC Stone Corporation. In this suit the Debtors seek to recover from Barr amounts allegedly due under the aforementioned agreement.

9.      Since the agreement related directly to property of the bankruptcy estate, issues arising under it and pertaining to property of the bankruptcy estate should properly be resolved in the bankruptcy court.

10.     Movant seeks an order reopening this case in order to permit the parties to proceed in resolving disputes relating to the agreement and the estate's property.

        WHEREFORE, PREMISES CONSIDERED, Douglas Lee Barr, individually and d//b/a Texas Rock and d/b/a CC Stone Corporation, prays that this Court enter an Order re-opening this Chapter 13 case; Debtor prays for general relief.

Respectfully submitted,

JOSEPH D. OLSON & ASSOCIATES, P. C.

/s/Phillip F. Arrien
Joseph D. Olson
State Bar No. 15274900
Phillip F. Arrien
State Bar No. 01357500
6801 Sanger Avenue, Suite 140
Waco, Texas 76710
Telephone: (254) 754-0909
Facsimile: (254) 754-0966

ATTORNEYS FOR DOUGLAS LEE BARR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion to Reopen Closed Case was served upon the following individuals by electronic means as listed on the Court's ECF noticing system or by United States first class mail, postage prepaid, on this 7th day of November, 2008.

Peter & Theresa Jokola
382 L.C.R. 374
Groesbeck, TX 76642

Ray Hendren
Chapter 13 Trustee
8310 Capital of Texas Highway North
Suite 475
Austin, TX 78731

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

James H. "Bo" Routh, Jr.
Scott H. James
SCANES, ROUTH & JAMES, L. L. P.
7901 Fish Pond Road, Suite 200
P. O. Box 20965
Waco, Texas 76702-0965

Erin B. Shank, P.C.
2309 Austin Ave.
Waco, TX 76701

Lee Gordon
P.O. Box 26990
Austin, TX 78755

J. David Dickson
Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills, Dr.
Suite 510
Waco, TX 76710

John Montez
3809 W. Waco Dr.
Waco, TX 76710

L.F. Manufacturing
c/o Mark Krugler
P.O. Box 507
Giddings, TX 78492

Limestone County Tax Assessor
P.O. Box 539
Groesbeck, TX 7642

Medical Revenue Service
645 Walnut Street
Suite 4
Gadsen, AL 35901

Parkview Regional Hospital
312 E. Glendale
Mexia, TX 76667

Pat Simmons
Simmons & Simmons
215 W. State Street
P.O. Box 109
Groesbeck, TX  76642

RCO
100 N. 34th St.
Suite A
Norfolk, NE  68701

Scott A. Richeson
3301 Golden Rd.
Suite 400
Tyler, TX  75701

Sprint
P.O. Box 530581
Atlanta, GA  30353

Star-Tex Propane
P.O. Box 368
Waco, TX  76703

Sun Tech, Inc.
P.O. Box 6004
Ridgeland, MS  39158

UltraFab Inc.
Rt. 2 Box 164-A
Mexia, TX  76667

AT&T
P.O. Box 630060
Dallas, TX  75263

Agriland PCA
P.O. Box 76
Fairfield, TX  75840

Allied Interstate
P.O. Box 2455
Chandler, AZ  85244

Alltel
P.O. Box 94255
Palatine, IL  60094

Benji Reed
Reed & Reed
P.O. Box 1072
Mexia, TX  76667

CB/HV
155 North Plank Rd.
P.O. Box 831
Newburgh, NY  12551

Cellular One
P.O. Box 268955
Oklahoma City, OK  73126

Collection Company of America
306 Washington Street
Norwell, WA  02061

Credit Bureau Collection
302 E. Church St.
Killeen, TX  76541

Danny Richardson
P.O. Box 81
Streetman, TX  75859

Direct TV
P.O. Box 78627
Phoenix, AZ  85062

Financial Control Services
P.O. Box 21626
Waco, TX  76702

First National Bank of Mexia
P.O. Box 510
Mexia, TX  76667

Frost Arnett Company
P.O. Box 1989881
Nashville, TN  37219

G.S. Mack
214 N. Sherman
Mexia, TX 76667

Frank Thomas
Wash & Thomas
6613 Sanger Ave.
Waco, TX 76710

Douglas L. Barr
15530 Cruiser
Corpus Christi, TX 78418

/s/Phillip F. Arrien
Phillip F. Arrien